UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

RICARDO COLLAZO-RAMOS,

Plaintiff,

v.

KINETICS SYSTEMS, INC.;
MECHANICAL EQUIPMENT COMPANY,
INC.; JOHN DOE COMPANY; ABC
INSURANCE COMPANY, and
DEFENDANT INSURANCE CO.,

Defendant.

Civil No. 97-1312 (JAF)

**O R D E R**

Plaintiff's "Motion Informing of Settlement," dated September 17, 1999, is **GRANTED**. The parties have until Monday, September 20, 1999, to file any additional settlement documents. The trial setting of September 20, 1999 is **VACATED**.

Judgment shall be entered on the basis of the settlement reached.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 17th day of September, 1999.

JOSE ANTONIO FUSTE
U. S. District Judge