UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

RICARDO COLLAZO-RAMOS,

    Plaintiff,

v.

KINETICS SYSTEMS, INC.;
MECHANICAL EQUIPMENT COMPANY,
INC.; JOHN DOE COMPANY; ABC
INSURANCE COMPANY, and
DEFENDANT INSURANCE CO.,

    Defendant.

Civil No. 97-1312 (JAF)

## JUDGMENT

On the basis of the court's Order of September 17, 1999, judgment is entered incorporating the terms of the settlement reached by the parties. This case is now closed.

San Juan, Puerto Rico, this 20th day of September, 1999.

JOSE ANTONIO FUSTE
U.S. District Judge