UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

RICARDO COLLAZO-RAMOS,

    Plaintiff,

v.

KINETICS SYSTEMS, INC.;
MECHANICAL EQUIPMENT COMPANY,
INC.; JOHN DOE COMPANY; ABC
INSURANCE COMPANY, and
DEFENDANT INSURANCE CO.,

    Defendant.

Civil No. 97-1312 (JAF)

## O R D E R

An emergency conference was held with the court today to probe the allegation that the settlement allegedly reached, and upon which the court entered judgment this morning, has now failed.

Having heard counsel for the three parties involved, the court will not accept anything other than the final settlement. If the defendants and/or their counsel failed to apprise each other about their respective contributions or if plaintiff's counsel took the word of one of the defendants' attorneys as binding all of them, then counsel must pay for the difference.

AO 72
(Rev 8/82)

Civil No. 97-1312 (JAF)                                                           2-

1       The court **ORDERS** that the missing $5,000 share the

2   apportioned $1,000 plaintiff, and $2,000 each defendant.

3       **IT IS SO ORDERED.**

4

5   San Juan, Puerto Rico, this 20th day of September, 1999.

6

7                           JOSE ANTONIO FUSTE
                             U. S. District Judge

AO 72
(Rev 8/82)